# United States District Court
## Violation Notice

**CVB Location Code:** WY4

**Violation Number:** FARG006Q
**Officer Name:** Angell
**Officer No.:** 1952

FARG006Q

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/12/2023 13:38
**Offense Charged:** FED 36 CFR 261.10L

**Place of Offense:** TETON WILDERNESS

**Offense Description: Factual Basis for Charge**
VIOLATION OF TERMS AND CONDITIONS OF A PERMIT

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** HEART 6 RANCH
**First Name:**
**M.I.:**

**Street Address:**

**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex: M ☐  F ☐
Race:   Hair:   Eyes:   Height:   Weight:

### VEHICLE

**VIN:**
**CMV:** ☐

**Tag No.:**   **State:**   **Year:**   **Make/Model:** /   **PASS** ☐   **Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $ 100.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 130.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FARG006Q

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  06/12/2023  while exercising my duties as a law enforcement officer in the  _____  District of  WY

Pursuant to 16USC 551: On 6-12-23 I interviewed and issued Mr. Frank H. Chapman a citation for violating the terms and conditions of his special use permit for outfitting on the Bridger Teton National Forest.  It had come to my attention through another Forest Employee that a company called Globetrotters had a commercial video filmed in the Teton Wilderness advertising horse back rides.   Based on points of interest in the video it was determined the filming took place in the wilderness with the use of a drone.  I contacted Mr. Chapman on June 9th and asked him about the advertisement which was posted on Globetrotters web site.  Mr. Chapman told me he sub leased user days to Globetrotter and was unaware of the filming activity.  I asked if he had tried to obtain a filming permit for this commercial film and he said no.  I explained how his outfitting permit required him to apply and obtain commercial filming permits prior to conducting filming for himself or other subcontractors covered by his outfitting permit.  Mr. Chapman told me he was aware of the filming permit rules and he would look into it and get back to me.  On June 12th. Mr. Chapman called me back and said he could meet up with me to discuss the situation.  Through our conversation Mr. Chapman admitted no commercial filming permit was obtained and in fact he was upset at Globetrotter for making the film.   I explained the subcontractor falls under his responsibility as he was the person who signed the Special Use Authorization for his outfitting permit.

Mr Chapman was cited for violation terms and conditions of his permit, for not obtaining a filming permit when one is required.  36 CFR 261.10(l)

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above
and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  06/12/2023  *Ray Oyler*
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident