IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>HEART 6 RANCH,<br><br>               Defendant, | Case No. L:23-PO-00448-SAH |

**REQUEST FOR LEAVE TO DISMISS PETTY OFFENSE CASE**

The United States Attorney for the District of Wyoming requests leave of the court to dismiss and moves to dismiss without prejudice the petty offense count charged herein against the Defendant in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Said dismissal would be in the best interest of justice.

                                NICHOLAS VASSALLO
                                United States Attorney

By:   */s/  Ariel C. Calmes*
        ARIEL C. CALMES
        Assistant United States Attorney

**LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE CASE**

After due consideration, the Court hereby GRANTS LEAVE to the United States to dismiss the petty offense count charged herein without prejudice. The case is hereby dismissed without prejudice.

By: _____
     STEPHANIE A. HAMBRICK        DATE
     UNITED STATES MAGISTRATE JUDGE